**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>N.P.H.B. Restaurant Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 16-11668 (MEW) |

## ORDER DENYING MOTION TO DISMISS

On October 25, 2016, the United States Trustee for Region 2 filed a motion to dismiss this case on the ground that the debtor had failed to file schedules, a statement of financial affairs, and the affidavit required by Local Bankruptcy Rule 1007-2.  The matter was adjourned on November 30, 2016 and on December 14, 2016, and the missing materials were filed in January 2017.  At a conference on January 17, 2017, the United States Trustee acknowledged that the grounds on which it had sought dismissal no longer applied.  Accordingly, it is hereby

**ORDERED**, that the motion to dismiss is denied, without prejudice to the filing of a further motion to dismiss or to convert the case in the event the United States Trustee believes that circumstances warrant such relief.

Dated: New York, New York
       January 31, 2017

                                                                                 **s/Michael E. Wiles**
                                                                                  Hon. Michael E. Wiles
                                                                                  United States Bankruptcy Judge